**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6560**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

COREY LORENZO WOODFOLK,

                              Defendant - Appellant.

---

**No. 01-6621**

---

COREY LORENZO WOODFOLK,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Respondent - Appellee.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-93-419-JFM, CA-01-727-JFM)

---

Submitted:  August 24, 2001          Decided:  October 2, 2001

---

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Corey Lorenzo Woodfolk, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Corey Lorenzo Woodfolk appeals the district court's orders denying his motion to vacate judgment under Fed. R. Civ. P. 60(b)(4) and denying his petition for writ of mandamus. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Woodfolk, No. CR-93-419-JFM (D. Md. Mar. 22, 2001); Woodfolk v. United States, No. CA-01-727-JFM (D. Md. Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED